UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

RE:   Dorothy and James Goggans                         CASE NO: 5:07-12274
      DEBTORS                                           CHAPTER 13

## OBJECTION TO CLAIM

Come the debtors, **Dorothy and James Goggans,** by and through their attorney, Diana H. Turner for their Objection to Claim of eCAST Settlement Corp., Assignee of Household Bank (KAWASAKI) (hereinafter "Creditor") states:

(1)   That this is a Chapter 13 matter pending before the Court.

(2)   That Creditor filed a pre-petition secured claim (Trustee Claim No. 18-1) in the amount of $2,695.00, but attached no documents evidencing the security interest or evidence of perfection.

(3)   That as a result of Ceditor's failure to provide this information and documents, the Proof of Claim should be disallowed as a secured creditor and allowed as a general unsecured claim.

WHEREFORE, Debtors pray that this claim be disallowed as secured and allowed as a general unsecured claim and all proper relief.

Respectfully Submitted,

/S/ Diana H. Turner
DIANA H. TURNER (94092)
Baim, Gunti, Mouser, & Worsham
PO Box 5100
Pine Bluff, AR 71611
(870) 534-2941
dturner@baimlaw.com